IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:10-MJ-1182-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| MANDI DION NAPIER, ) | |
| ) | |
| Defendant. ) | |

On August 11, 2011, Defendant Mandi Dion Napier ("Defendant") appeared before the undersigned and pursuant to an earlier plea of nolo contendere to DWI, Level V, 18 U.S.C. § 13, N.C. Gen. Stat. § 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing of May 16, 2012, ths court finds as a fact that Defendant Mandi Dion Napier, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Leaving the judicial district without the permission of the court or probation officer;
2. Failing to participate as directed in a urinalysis program; and
3. Using a controlled substance.

IT IS, THEREFORE, ADJUDGED AND ORDERED, that the probation sentence heretofore granted be revoked, and Defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of seven (7) days.

IT IS ORDERED FURTHER that the balance of the financial imposition originally imposed be due in full immediately.

IT IS ORDERED FURTHER that the Clerk is to provide to the United States Marshal a copy of this Judgment and the same shall serve as the commitment herein.

So ordered, this the 16th day of May, 2012.

_____
Robert B. Jones, Jr.
United States Magistrate Judge